# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JOHN MICHAEL OLIVER CASILLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0370

———————————————

June 12, 2026

Appeal from the County Court for Hillsborough County; Monique M Scott, Judge.

Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.